UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
SAGE EL,

                Plaintiff,                                    **ORDER**
                                                            18-CV-3168 (WFK) (RER)

v.

GUERRERO, Tax ID #6059, *et al.*,

                Defendants.
-----------------------------------------------------------X

**WILLIAM F. KUNTZ, II, United States District Judge:**

On May 29, 2018, *pro se* plaintiff Sage El, incarcerated at the Brooklyn Detention Complex, filed this action against twenty defendants, including two judges of this Court. However, plaintiff did not pay the filing fee or request to proceed *in forma pauperis* ("IFP"). On June 1, 2018, the Clerk's Office provided plaintiff with an IFP application and a Prisoner Authorization form[1] and instructed him that in order to proceed, he must complete, sign and return both the IFP application and Prisoner Authorization form within 14 days from receipt of the letter. *See* Notice of Deficient Filing, ECF No. 2. To date, plaintiff has not filed an IFP application and a Prisoner Authorization form or paid the filing fee. Accordingly, the complaint is dismissed without prejudice. The Clerk of Court is directed to close this case.

---

[1] The Prison Litigation Reform Act requires an incarcerated plaintiff seeking to proceed IFP to submit an IFP application, a Prisoner Authorization form, and a filing fee to be paid in installments. 28 U.S.C. §§ 1915(a)(2), (b)(1). Failure to do so is grounds for dismissal of a plaintiff's complaint. *See Razzoli v. Exec. Office of U.S. Marshals*, 10-CV-4269, 2010 WL 5051083, at *3 (E.D.N.Y. Dec. 2, 2010) (Amon, J.).

SO ORDERED.

s/William F. Kuntz, II
WILLIAM F. KUNTZ, II
United States District Judge

Dated: July 11, 2018
       Brooklyn, New York